E. CARLTON FOSTER et al., Respondents, *v.* GEORGE H. R. WHITE, Appellant.

Argued March 2, 1937; decided March 16, 1937.

*John E. Sheridan* and *W. Smith O'Brien* for appellant.
*Halsey Sayles* and *Homer C. Pelton* for respondents.

Order affirmed, with costs; and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.